FILED
5/29/2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC5, Asset Backed Certificates, Series 2005,<br><br>Plaintiff,<br><br>vs.<br><br>Alexander C. Malleris; Jennifer A. Malleris; BMO Harris Bank National Association fka Harris N.A.;<br><br>Defendants. | Case No.: 1:13-cv-07828<br><br>Hon. Judge Joan B. Gottschall<br><br>Magistrate: Hon. Judge Arlander Keys |

**PLAINTIFF'S RULE 55 MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff, US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC5, Asset Backed Certificates, Series 2005, by and through its Counsel, Freedman Anselmo Lindberg, LLC, and in support of its Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55, states as follows:

1. Plaintiff initiated these proceedings on November 1, 2013 seeking a Judgment of Foreclosure and Sale.

2. Defendant, BMO Harris Bank National Association fka Harris N.A., was duly served with a copy of the Complaint and Summons on November 4, 2013 as set forth on the Certificate of Service.

3. More than twenty (20) days have elapsed since Defendant was served, and they have failed to answer, plead, or otherwise defend the allegations of Plaintiff's Complaint.

4. Defendant's failure to defend and deny the allegations of Plaintiff's complaint results in those allegations being admitted and Plaintiff therefore moves the Court for the entry of Default Judgment.

5. Plaintiff's claim of damages is for a sum that is made certain by computation and is more specifically set forth in its supporting Affidavit of Amounts Due and Owing.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order of Default and Judgment of Foreclosure, for that amount set forth and made certain in its Judgment Affidavit.

Respectfully submitted,

US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC5, Asset Backed Certificates, Series 2005,

By: /s/ John A. Blatt
One of Plaintiff's Attorneys

John A. Blatt
FREEDMAN ANSELMO LINDBERG LLC
1771 W. Diehl Rd., Ste 150
Naperville, IL  60566-7228
630-983-0770    866-402-8661
630-428-4620 (fax)
Attorney No. 6301494

**Verification by Certification**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 29, 2014.

By: /s/ John A. Blatt
One of Plaintiff's Attorneys